# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SUTTER,<br><br>            Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.: 1:19-cv-01044 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED MAY 5, 2020<br><br>(Doc. 11) |

Previously, the Court ordered Plaintiff to show cause why the action should not be dismissed for his failure to prosecute the action and failure to comply with the Court's scheduling order directing him to serve a confidential letter brief. (Doc. 11)  In the alternative, Plaintiff was directed to serve the Commissioner with his letter brief and file proof of service. (*Id.* at 2) On May 19, 2020, Plaintiff served the Commissioner with his brief and filed proof of service. (Doc. 12)  Accordingly, the Court **ORDERS**: The order to show cause dated May 5, 2020 (Doc. 11) is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **May 20, 2020**                        **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE