UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SUTTER,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:19-cv-1044 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE AND GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME |

On July 8, 2020, the Court ordered Plaintiff to show cause in writing why sanctions should not be imposed for failure to comply with the Court's scheduling order, including the deadline for filing of his opening brief. (Doc. 16) The following day, Plaintiff filed a response to the Court's order, and requested an extension of time to file an opening brief. (Doc. 17) In addition, Plaintiff reports Defendant had previously stipulated to the extension. (*Id.* at 1) Based upon the information provided and good cause appearing, the Court **ORDERS**:

    1.    The Order to Show Cause dated July 8, 2020 (Doc. 16) is **DISCHARGED**; and

    2.    Plaintiff SHALL file his opening brief no later than **August 5, 2020**.

IT IS SO ORDERED.

Dated:  **July 13, 2020**                  **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE