**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL SUTTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:19-cv-01044- JLT<br><br>ORDER DIRECTING PLAINTIFF TO COMPLETE THE CONSENT FORM, INDICATING WHETHER PLAINTIFF CONSENTS TO THE JURISDICTION OF THE ASSIGNED MAGISTRATE JUDGE |

　　On August 2, 2019, the Court issued its "Order re Consent or Request for Reassignment," informing the parties that "pursuant to 28 U.S.C. § 636(c), a Magistrate Judge cannot conduct all proceedings and enter judgment in this case" without the written consent of all parties. (Doc. 6-1 at 1) To date, Plaintiff has not filed the form or otherwise indicated whether Plaintiff consents or declines the jurisdiction of the assigned Magistrate Judge, as required by the Court's order. (*See id.*)

　　Accordingly, the Court **ORDERS**: Plaintiff **SHALL** complete and file the consent form previously provided by the Court (Doc. 6-2) no later than **October 2, 2020**, indicating whether Plaintiff consents to the Magistrate Judge jurisdiction, or requests reassignment to a District Judge.

IT IS SO ORDERED.

　　Dated: **September 17, 2020**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE